# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff/Respondent,**

**v.**                                                                                                      **No. 16-cr-4742 WJ/SMV**
                                                                                                                 **18-cv-0342 WJ/SMV**

**JUAN JOSE MALDONADO-ARCE,**

    **Defendant/Movant.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:     Thursday, September 20, 2018, at 1:30 p.m.

**Matter to be heard**:     Telephonic Status Conference

A telephonic Status Conference is hereby set for **Thursday, September 20, 2018**, at **1:30 p.m.** Counsel should be prepared to discuss setting a briefing schedule and selecting a date for the evidentiary hearing. No argument will be heard. Counsel are reminded to have their calendars available. Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

**IT IS SO ORDERED.**

                                                        **STEPHAN M. VIDMAR**
                                                        **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.